1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff
6  JOSE TRUJILLO

7  BAKER & HOSTETLER LLP
   Ryan D. Fischbach, SBN 204406
8  rfischbach@bakerlaw.com
   11601 Wilshire Blvd, Suite 1400
9  Los Angeles, CA  90025-0509
   Tel:    +1.310.820.8800
10 Fax:   +1.310.820.8859

11 Attorneys for Defendant
   IREIT Fresno El Paseo, L.L.C.
12
   MORGAN, LEWIS & BOCKIUS LLP
13 Kathy H. Gao, SBN 259019
   kathy.gao@morganlewis.com
14 300 South Grand Avenue
   Twenty-Second Floor
15 Los Angeles, CA  90071-3132
   Tel:    +1.213.612.2500
16 Fax:   +1.213.612.2501

17 Attorneys for Defendant
   OLD NAVY, LLC
18

19

20                  UNITED STATES DISTRICT COURT

21                  EASTERN DISTRICT OF CALIFORNIA

22 | JOSE TRUJILLO,                              | Case No. 1:16-cv-01801-DAD-MJS
23 |                  Plaintiff,                 | **JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINES**
24 |            vs.                              |
25 | OLD NAVY, LLC dba OLD NAVY #6371;           |
   | IREIT FRESNO EL PASEO, L.L.C.;              |
26 |                                             |
   |                  Defendants.                |
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90415951.1

JOINT STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING
DEADLINES
1:16-CV-01801-DAD-MJS

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff") filed his Complaint on November 29, 2016;

WHEREAS, Plaintiff served his Complaint on Defendant Old Navy, LLC ("Old Navy") December 7, 2016;

WHEREAS, Plaintiff served his Complaint on Defendant IREIT Fresno El Paseo, L.L.C. ("IREIT") (Plaintiff, Old Navy, and IREIT collectively referred to as the "Parties") on December 7, 2016;

WHEREAS, through the Parties' prior stipulations [Dkt. Nos. 6-7], Defendants Old Navy's and IREIT's current responsive pleading deadline is January 25, 2017;

WHEREAS, the Parties are currently negotiating the terms of the resolution;

WHEREAS, the Parties' respective counsel have met and conferred and agree that in the interest of conserving the Parties' and the court's resources, Defendants Old Navy's and IREIT's respective responsive pleading deadlines should be further continued to February 22, 2017 to allow the Parties to continue negotiating the terms of the resolution.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendants Old Navy's and IREIT's respective deadlines to file a responsive pleading to Plaintiff's Complaint shall be extended by four weeks to February 22, 2017.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90415951.1

1

JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINES
1:16-CV-01801-DAD-MJS

| | |
|---|---|
| Dated: January 23, 2017 | MISSION LAW FIRM, A.P.C. |
| | By  */s/ Zachary M. Best*<br>ZACHARY M. BEST<br>Attorney for Plaintiff<br>JOSE TRUJILLO |
| Dated: January 23, 2017 | BAKER & HOSTETLER LLP |
| | By  */s/ Ryan D. Fischbach*<br>RYAN D. FISCHBACH<br>Attorney for Defendant<br>IREIT FRESNO EL PASEO, L.L.C. |
| Dated: January 23, 2017 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  */s/ Kathy H. Gao*<br>KATHY H. GAO<br>Attorney for Defendant<br>OLD NAVY, LLC |

**ORDER**

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Old Navy and IREIT to file a responsive pleading to Plaintiff's Complaint in case number 1:16-cv-01801-DAD-MJS.is extended to February 22, 2017.

IT IS SO ORDERED.

Dated:   January 23, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING
DEADLINES
1:16-CV-01801-DAD-MJS

DB1/ 90415951.1