Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
JOSE TRUJILLO

BAKER & HOSTETLER LLP
Ryan D. Fischbach, SBN 204406
rfischbach@bakerlaw.com
11601 Wilshire Blvd, Suite 1400
Los Angeles, CA  90025-0509
Tel:    +1.310.820.8800
Fax:    +1.310.820.8859

Attorneys for Defendant
IREIT Fresno El Paseo, L.L.C.

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
OLD NAVY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br><br>     vs.<br><br>OLD NAVY, LLC dba OLD NAVY #6371;<br>IREIT FRESNO EL PASEO, L.L.C.;<br><br>          Defendants. | Case No. 1:16-cv-01801-DAD-MJS<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90761525.1

JOINT STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING
DEADLINES
1:16-CV-01801-DAD-MJS

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff") filed his Complaint on November 29, 2016;

WHEREAS, Plaintiff served his Complaint on Defendant Old Navy, LLC ("Old Navy") December 7, 2016;

WHEREAS, Plaintiff served his Complaint on Defendant IREIT Fresno El Paseo, L.L.C. ("IREIT") (Plaintiff, Old Navy, and IREIT collectively referred to as the "Parties") on December 7, 2016;

WHEREAS, through the Parties' prior stipulations [Dkt. Nos. 6 and 10], Defendants Old Navy's and IREIT's current responsive pleading deadline is February 22, 2017;

WHEREAS, the Parties are nearly finished negotiating the terms of the resolution;

WHEREAS, the Parties' respective counsel have met and conferred and agree that, in the interest of conserving the Parties' and the court's resources, Defendants Old Navy's and IREIT's respective responsive pleading deadlines should be further continued to March 15, 2017 to allow the Parties to continue negotiating the terms of the resolution.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendants Old Navy's and IREIT's respective deadlines to file a responsive pleading to Plaintiff's Complaint shall be extended by three weeks to March 15, 2017. This extension does not alter any dates or deadlines set by the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 90761525.1

1

JOINT STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING
DEADLINES
1:16-CV-01801-DAD-MJS

| | | |
|---|---|---|
| Dated: February 22, 2017 | | MISSION LAW FIRM, A.P.C. |
| | By | */s/ Tanya E. Moore*<br>TANYA E. MOORE<br>Attorney for Plaintiff<br>JOSE TRUJILLO |
| Dated: February 22, 2017 | | BAKER & HOSTETLER LLP |
| | By | */s/ Ryan D. Fischbach*<br>RYAN D. FISCHBACH<br>Attorney for Defendant<br>IREIT FRESNO EL PASEO, L.L.C. |
| Dated: February 22, 2017 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By | */s/ Kathy H. Gao*<br>KATHY H. GAO<br>Attorney for Defendant<br>OLD NAVY, LLC |

**ORDER**

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

Defendants Old Navy's and IREIT's respective deadlines to file a responsive pleading to Plaintiff's Complaint shall be extended by three weeks to March 15, 2017, in case number 1:16-cv-01801-DAD-MJS.

IT IS SO ORDERED.

Dated:   February 22, 2017          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2

JOINT STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING
DEADLINES
1:16-CV-01801-DAD-MJS

DB1/ 90761525.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES