1 Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
2 MISSION LAW FIRM, A.P.C.
332 North Second Street
3 San Jose, California 95112
Telephone: (408) 298-2000
4 Facsimile: (408) 298-6046
Email: service@mission.legal
5
Attorneys for Plaintiff
6 JOSE TRUJILLO

7 BAKER & HOSTETLER LLP
Ryan D. Fischbach, SBN 204406
8 rfischbach@bakerlaw.com
11601 Wilshire Blvd, Suite 1400
9 Los Angeles, CA  90025-0509
Tel:     +1.310.820.8800
10 Fax:    +1.310.820.8859

11 Attorneys for Defendant
IREIT Fresno El Paseo, L.L.C.
12
MORGAN, LEWIS & BOCKIUS LLP
13 Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
14 300 South Grand Avenue
Twenty-Second Floor
15 Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
16 Fax:    +1.213.612.2501

17 Attorneys for Defendant
OLD NAVY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE TRUJILLO,<br><br>  Plaintiff,<br><br>  vs.<br><br>OLD NAVY, LLC dba OLD NAVY #6371;<br>IREIT FRESNO EL PASEO, L.L.C.;<br><br>  Defendants. | Case No. 1:16-cv-01801-DAD-MJS<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINES** |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 91141687.1

JOINT STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING
DEADLINES
1:16-CV-01801-DAD-MJS

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff") filed his Complaint on November 29, 2016;

WHEREAS, Plaintiff served his Complaint on Defendant Old Navy, LLC ("Old Navy") December 7, 2016;

WHEREAS, Plaintiff served his Complaint on Defendant IREIT Fresno El Paseo, L.L.C. ("IREIT") (Plaintiff, Old Navy, and IREIT collectively referred to as the "Parties") on December 7, 2016;

WHEREAS, through the Parties' prior stipulations [Dkt. Nos. 6, 10, and 13], Defendants Old Navy's and IREIT's current responsive pleading deadline is March 15, 2017;

WHEREAS, the Parties are nearly finished negotiating the terms of the resolution;

WHEREAS, the Parties' respective counsel have met and conferred and agree that, in the interest of conserving the Parties' and the court's resources, Defendants Old Navy's and IREIT's respective responsive pleading deadlines should be further continued by two weeks – to March 29, 2017 – to allow the Parties to finalize the terms of the resolution.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendants Old Navy's and IREIT's respective deadlines to file a responsive pleading to Plaintiff's Complaint shall be extended by two weeks to March 29, 2017.  This extension does not alter any dates or deadlines set by the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 91141687.1

1

JOINT STIPULATION TO CONTINUE
DEFENDANTS' RESPONSIVE PLEADING
DEADLINES
1:16-CV-01801-DAD-MJS

| | |
|---|---|
| Dated:  March 14, 2017 | MISSION LAW FIRM, A.P.C. |
| | By   */s/ Tanya E. Moore*<br>TANYA E. MOORE<br>Attorney for Plaintiff<br>JOSE TRUJILLO |
| Dated:  March 14, 2017 | BAKER & HOSTETLER LLP |
| | By   */s/ Ryan D. Fischbach*<br>RYAN D. FISCHBACH<br>Attorney for Defendant<br>IREIT FRESNO EL PASEO, L.L.C. |
| Dated:  March 14, 2017 | MORGAN, LEWIS & BOCKIUS LLP |
| | By   */s/ Kathy H. Gao*<br>KATHY H. GAO<br>Attorney for Defendant<br>OLD NAVY, LLC |

**ORDER**

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

Defendants Old Navy's and IREIT's respective deadlines to file a responsive pleading to Plaintiff's Complaint shall be extended by two weeks to March 29, 2017.

IT IS SO ORDERED.

Dated:  March 14, 2017         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 91141687.1

2

JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINES
1:16-CV-01801-DAD-MJS